Robert Mills
Plaintiff
v.
United States of America
Defendant

Case 1:23-CV-02206-TWP-TAB

FILED
JAN 08 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

42 U.S. Code § 3617 Interference Coercion, or intimidation

Fekkes and Young did willfully and unlawfully conspire to conspire together to coerce, intimidate, threaten, and interfere with my 1st Amendment right to Freedom of the press and violated my 14th amendment right of equality and equal protection of the law when Young and Fekkes conspired and intimidated me from a publicly accessible area without any State or Federal laws or rules to support their private actions against me violating my constitutional rights, and the multiple C.F.R. violations, U.S. code violations, Federal law violations such as 42 U.S. Code 1983, 18 U.S. Code Sections 241 and 242 deprivation of rights under color of law and conspiracy by 2 actors Fekkes and Young under color of law violating my constitutional rights, in their private acts without no State or Federal law allowing their actions to be carried out, but Fekkes and Young committed the acts in their private actions using their position under color of law to enforce their will against me.