Robert Mills
Plaintiff
v.
United States of America
Defendant

Case 1:23-CV-02206-TWP-TAB

FILED
JAN 08 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

38 CFR § 18.545 - Prohibition against intimidation or retaliation Sec. (a) and (b)

Fekkes and Young both violated 38 CFR § 18.545 both used their positions under color of law to intimidate and retaliate an act of removing me from a public area in their conspiracy to violate my 1st amendment right to Freedom of the press and violating my 14th amendment right of equality by refusing my access to public areas Fekkes and Young both violated Section (a) of 38 CFR § 18.545

Title 24 § 100.400 Prohibited interference, coercion or intimidation

Fekkes and Young both Section (b) of title 24 § 100.400 and section (C) of title 24 § 100.400 as well as Section (C)(4) of title 24 § 100.400 section (C)(4) states intimidating or threatening any person because that person is engaging in activities designed to make other persons aware of, or encouraging such other persons to exercise, rights granted or protected by this part, Poster 7 clearly allows news gathering Fekkes and Young conspired by using their position under color of law in their duty to act on private actions to violate my 1st Amendment right of Freedom of the press and my 14th amendment right to equality and equal protection of the law as well as numerous other CFR codes, U.S.C. codes, my constitutional rights being violated

Robert Mills