# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

ROBERT MILLS,                          )
                                       )
                    Plaintiff,         )
                                       )
          v.                           )          No. 1:23-cv-02206-TWP-TAB
                                       )
SPEEDWAY POST OFFICE,                  )
KEVIN YOUNG Supervisor,                )
UNITED STATES OF AMERICA,              )
                                       )
                    Defendants.        )

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court

now enters **FINAL JUDGMENT**. The case is **dismissed** for lack of jurisdiction, and this action

is **TERMINATED**.

Dated: 5/1/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

ROBERT MILLS
10991 Horseshoe Dr.
Indianapolis, IN 46234

Gina M. Shields
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Gina.Shields@usdoj.gov